HILDRED K. TALLMAN et al., Respondents, *v.* CHARLES
WYAND et al., Appellants.

*Tallman* v. *Wyand*, 179 App. Div. 958, affirmed.

(Argued June 4, 1919; decided July 15, 1919.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered July 10, 1917, modifying and affirming, as

modified, a judgment in favor of plaintiffs entered upon a decision of the court on trial at an Equity Term. This action was brought to restrain the continuance of the erection of a Boston flat on lot No. 17 in the Roeser subdivision of the Carthage tract in the northeastern part of the city of Rochester, the title to which lot at the time of the trial herein appeared from the records to ,be in the defendant Wyand, and to restrain the defendants Roeser, the common grantors of all the lots therein, from erecting Boston flats, or double houses, and from otherwise violating certain verbal agreements made with the plaintiffs at the time they purchased their respective lots in that tract.

*Frederick Wiedman* and *Horace G. Pierce* for appellants.
*George J. Skivington* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.